

# Fourth Court of Appeals
## San Antonio, Texas

June 10, 2016

No. 04-15-00812-CV

**CHRISTUS SPOHN HEALTH SYSTEM CORP.** d/b/a Christus Spohn Hospital Kleberg,
Appellant

v.

Melissa **HERNANDEZ**,
Appellee

From the 79th Judicial District Court, Jim Wells County, Texas
Trial Court No. 13-03-52114-CV
Honorable Richard C. Terrell, Judge Presiding

# O R D E R

Sitting:      Sandee Bryan Marion, Chief Justice
Karen Angelini, Justice
Marialyn Barnard, Justice
Rebeca C. Martinez, Justice
Patricia O. Alvarez, Justice
Luz Elena D. Chapa, Justice
Jason Pulliam, Justice

The en banc court has considered Appellee's motion for en banc reconsideration; the motion is DENIED. *See* TEX. R. APP. P. 49.7.

_____
Patricia O. Alvarez, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 10th day of June, 2016.

_____
Keith E. Hottle
Clerk of Court